NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC,**
*Appellant*

**v.**

**MOTOROLA MOBILITY LLC,**
*Appellee*

---

2016-1360

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00500.

---

## JUDGMENT

---

JOHN R. KING, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by BRENTON R. BABCOCK, EDWARD M. CANNON, PAUL A. STEWART.

ADAM CONRAD, King & Spalding LLP, Charlotte, NC, argued for appellee. Also represented by DARYL JOSEFFER, PAUL ALESSIO MEZZINA, Washington, DC; JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC; STEVEN MOORE, San Francisco, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 9, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |